**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

June 5, 2025

Maksim Kuprin
2309 58TH AVE E
APT D10
FIFE, WA 98424

Your civil action, ***Kuprin v. DoorDash Inc***, was filed in the United States District Court – Western District of Washington on June 4, 2025.

The case has been assigned to District Court Judge John H. Chun, case number **3:25–cv–05496–JHC**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

    **Summons Form Incomplete**
    Summons(es) as filed did not include complete and/or correct party information as required by Federal Rule of Civil Procedure 4(a)(1). Enclosed is the summons(es) you provided. Please make the indicated correction(s) and return the summons(es) to the Clerk's Office.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file