UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAKSIM KUPRIN, | CASE NO. 3:25-cv-05496-JHC |
| Plaintiff, | ORDER |
| v. | |
| DOORDASH INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff Maksim Kuprin's request for Service of Summons via US Marshals.  Dkt. # 6.

Kuprin proceeds pro se and *in forma pauperis* (IFP).  Dkt. # 3.  Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process."  28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court.  The court must so order if the plaintiff is authorized to proceed in forma pauperis."

Thus, the Court GRANTS the request and ORDERS as follows:

ORDER - 1

1. The Clerk shall provide copies of the summons (Dkt. # 5) and the complaint (Dkt. # 4) to the United States marshal or deputy marshal within seven days of the date of this Order; and

2. The United States marshal or deputy marshal to serve Defendant DoorDash with a copy of the summons and complaint within 30 days of the date of this Order.

Dated this 27th day of June, 2025.

*[signature]*

John H. Chun
United States District Judge

ORDER - 2