**U.S. Department of Justice**
**United States Marshals Service**

FILED ___ LODGED ___
RECEIVED
JUL 08 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maksim Kuprin | 3:25-cv-05496-JHC |
| DEFENDANT | TYPE OF PROCESS |
| DoorDash Inc | Service of Complaint and Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DoorDash inc
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
303 2nd Sreet, Suite 800 San Francisco, CA 94107    Attn: Legal Department

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Western District of Washington Federal Courthouse
Office of the Clerk
700 Stewart Street, Suite 2310
Seattle, WA 98101

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U S A: ___

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
United States District Court, Seattle Clerks Office
TELEPHONE NUMBER: (206) 370-8400
DATE: 6/27/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 86
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 6/27/25

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 07/02/25   Time: 11:20  [X] am [ ] pm
Address (complete only different than shown above):
Signature of U S Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
ENDEAVOR on 06/27/2025 @ 5:00 PM Advised only accepted by Mail.
Mailed certified on 06/30/2025.
07/02/2025 Delivered: Tracking # 7002 2030 0001 5457 9715

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 3

RECEIVED JUN 27, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA

Signed

Form USM-285
Rev 03/21

7/8/25, 12:01 PM
USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/).**

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com%2Fbox%2Fpages%2Fintro%2Fstart.action)

Feedback

Remove X

Tracking Number:

## 70022030000154579713

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:20 am on July 2, 2025 in SAN FRANCISCO, CA 94107.

**Delivered**
Delivered, Front Desk/Reception/Mail Room

SAN FRANCISCO, CA 94107
July 2, 2025, 11:20 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70022030000154579713%2C&tABt=true&_gl=1*zdxgv9*_up*MQ..*_gs*MQ..&gclid=CjwKCAjwg7PDBhBxEiwA… 1/2

**Text & Email Updates** >

**USPS Tracking Plus®** >

**Product Information** >

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs