**Maksim Kuprin**

**2309 58th Ave E, Apt D10, Fife, WA 98424**

**(213) 788-0555**

Email: my@kuprin.one] Plaintiff, Pro Se

FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 2 3 2025  MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

**MAKSIM KUPRIN,** Plaintiff,

v.

**DOORDASH, INC.,** Defendant.

Case No.: 3:25-cv-05496-JHC

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

## TO THE CLERK OF THE COURT:

Defendant DoorDash, Inc. has failed to plead or otherwise defend in this action as required by law. Plaintiff Maksim Kuprin respectfully requests that the Clerk of the Court enter default against Defendant DoorDash, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

This request is supported by the following declaration.

Date: July 23, 2025     *Maksim Kuprin*

**Maksim Kuprin**, Plaintiff, Pro Se

## DECLARATION OF MAKSIM KUPRIN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Maksim Kuprin, declare as follows:

1. I am the Plaintiff in this action and I am proceeding pro se. I have personal knowledge of the facts stated herein.

2. The Complaint in this action was filed on June 4, 2025.
3. The Summons and Complaint were served on Defendant DoorDash, Inc. on June 30, 2025, as shown by the Return of Service filed by the U.S. Marshals Service (Dkt. 8).
4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant DoorDash, Inc. to answer or otherwise respond to the Complaint was twenty-one (21) days after service, which was July 21, 2025.
5. I have checked the Court's docket for this case, and as of the date of this declaration, Defendant DoorDash, Inc. has not filed an answer, motion, or any other responsive pleading. The time for the Defendant to do so has expired.
6. To the best of my knowledge, Defendant DoorDash, Inc. is a corporation and is not an infant, an incompetent person, or in the military service of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 23, 2025

*Maksim Kuprin* (signature)

**Maksim Kuprin**, Plaintiff, Pro Se