**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MAKSIM KUPRIN, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>DOORDASH, INC., <br><br>　　　　　Defendant. | CASE NO.  3:25-cv-05496-JHC <br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE ORDER OF DEFAULT AND TO DENY AMENDED MOTION FOR DEFAULT JUDGMENT AS MOOT** |

　　　Before the Court is Defendant's Motion to Set Aside Order of Default and to Deny Amended Motion for Default Judgment as Moot.  Dkt. # 19.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons stated therein, the Court GRANTS the motion.  Thus, the Court SETS ASIDE the order of default at Dkt. # 12.  And the Court DENIES as moot Plaintiff's Amended Motion for Default Judgment at Dkt. # 16.

//

ORDER
Case No. 3:25-cv-05496-JHC
27472642 v1

1  Dated this 26th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge