**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MAKSIM KUPRIN, | ) |
| | ) CASE NO. 3:25-cv-05496-JHC |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| DOORDASH, INC., | ) |
| | ) |
| Defendant. | ) |

Before the Court is pro se Plaintiff's "Motion for Sanctions and/or Default." Dkt. # 27. Given that a motion to compel arbitration, Dkt. # 28, and a motion to stay, Dkt. # 29, are currently pending, the Court DENIES the motion at Dkt. # 27 without prejudice.

Dated this 5th day of December, 2025.

_John H. Chun_
John H. Chun
United States District Judge

ORDER
Case No. 3:25-cv-05496-JHC