1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAKSIM KUPRIN,

        Plaintiff,

  v.

DOORDASH INC.,

        Defendant.

CASE NO. 3:25-cv-05496-JHC

ORDER

      This matter comes before the Court on Defendant's Motion to Stay Discovery, Dkt # 29, and Plaintiff' s Motion to Strike Exhibit B to Defendant's Response, Dkt. # 30.

      The Court GRANTS in part and DENIES in part Plaintiff's motion to strike, Dkt. # 30. The Court STRIKES the paragraph at Dkt. # 29-2 at 4, that begins with the words, "Regarding settlement:"; and part 3 at *Id.* at 8, which begins with the words, "You re-opened." The Court disregards these stricken portions. The Court DIRECTS the Clerk seal Exhibit B. The Court ORDERS Defendant to promptly file Exhibit B with redactions that reflect this ruling.

      In the interest of judicial economy, because a motion to compel arbitration is pending, Dkt. # 28, the Court GRANTS Defendant's Motion to Stay Discovery, Dkt # 29. All discovery in this matter, including but not limited to the deadlines set forth in the Order Regarding Initial

ORDER - 1

Disclosures, Joint Status Report, and Early Settlement, Dkt. #26, is STAYED pending the determination of Defendant's Motion to Compel Arbitration and Stay Proceedings, Dkt. #28.

Dated this 15th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2