**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MAKSIM KUPRIN,                              )
                                            )   CASE NO.  3:25-cv-05496-JHC
                    Plaintiff,              )
                                            )
        v.                                  )
                                            )   **STIPULATION AND [PROPOSED]**
DOORDASH, INC.,                             )   **ORDER OF DISMISSAL**
                                            )
                    Defendant.              )
                                            )

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action should be DISMISSED with prejudice, and without an award of costs or fees to any party.

STIPULATION AND ORDER OF
DISMISSAL - 1
Case No. 3:25-cv-05496-JHC

Dated: January 26, 2026

Respectfully submitted,

*/s/ Maksim Kuprin*

Maksim Kuprin, Plaintiff *pro se*
2309 58th Avenue E, Apartment D10
Fife, Washington 98424
(213) 788-0555

*/s/ Christopher A. Rogers*

Christopher A. Rogers, WSBA No. 49634
**Benesch, Friedlander, Coplan & Aronoff LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
crogers@beneschlaw.com

*Counsel for Defendant DoorDash, Inc.*

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-captioned matter is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 26th day of January, 2026.

Hon. John H. Chun
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL - 2
Case No. 3:25-cv-05496-JHC